IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMBERLY JOHNSON                                                                                    PLAINTIFF

vs.                                           Civil No. 4:10-cv-04110

ARK. DEPT OF FINANCE AND ADMINISTRATION                                  DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed on October 29, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 13). Judge Bryant recommends Defendant's Motion to Dismiss (Doc. 10) be **GRANTED.** The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto* and dismisses Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED**, this 17th day of November, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge